# IN THE COURT OF APPEALS FOR THE STATE OF WASHINGTON
# DIVISION ONE

|  |  |  |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 77896-0-I |
|  | ) |  |
| Respondent, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| RANDY ROJHELIO CHAPARRO, | ) | UNPUBLISHED OPINION |
|  | ) |  |
| Appellant. | ) | FILED:   NOV 13 2018 |
|  | ) |  |

PER CURIAM — Randy Chaparro appeals the DNA collection fee imposed as part of his sentence for second degree assault with a deadly weapon. He contends, and the State concedes, that an amendment to RCW 43.43.7541 applies to this appeal and requires that his DNA fee be stricken due to his prior provision of a DNA sample. See State v. Ramirez, __ Wn.2d __ , 426 P.3d 714 (2018). We accept the concession of error and remand with directions to strike the DNA fee from the judgment and sentence.

Remanded.

FOR THE COURT:

